UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | ] |
| | ] |
| TOUFIC SALIM MELKI, | ]   Case No. 19-15265 |
| | ]   Chapter 11 |
| Debtor. | ] |
| | ] |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of **(1) Cynthia Melki, and (2) Gowen, Silva & Winograd, PLLC**, The undersigned requests that all documents filed herein, including, without limitation, all pleadings, motions, orders, memoranda, amendments, exhibits, attachments, affidavits, declarations, orders (proposed or otherwise), answers, and all other items constituting the record of this case be served upon **Cynthia Melki and/or Gowen, Silva & Winograd, PLLC,** by and through:

> Jeffrey M. Sherman
> LAW OFFICES OF JEFFREY M. SHERMAN
> 1600 N. Oak Street, Suite 1826
> Arlington, VA 22209
> (703) 855-7394 (tel)
> (703) 649-6472 (fax)
> jeffreymsherman@gmail.com

Date:  April 24, 2019              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */S/ Jeffrey M. Sherman*
　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Sherman, MD Bar No. 08505
　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JEFFREY M. SHERMAN
　　　　　　　　　　　　　　　　　　　　　1600 N. Oak Street, Suite 1826
　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　　　(703) 855-7394
　　　　　　　　　　　　　　　　　　　　　jeffreymsherman@gmail.com
　　　　　　　　　　　　　　　　　　　　　Attorneys for Cynthia Melki
　　　　　　　　　　　　　　　　　　　　　　　and Gowen, Silva & Winograd, PLLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2019, I served a copy of the foregoing, by either first class mail, postage prepaid, or, where permissible under the applicable Rules of this Court, by electronic means, upon the following:

Janet M. Nesse
McNamee, Hosea, et al.
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770
Email: jnesse@mhlawyers.com

Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Email: lynn.a.kohen@usdoj.gov

                                                  /S/ Jeffrey M. Sherman
                                                  Jeffrey M. Sherman