**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-15265-LSS |
| TOUFIC SALIM MELKI, ) | Chapter 11 |
| ) | |
| Debtor and Debtor in Possession. ) | |

**APPLICATION FOR AUTHORITY TO EMPLOY AGNELO G. GONSALVES
AND A. GONSALVES ASSOCIATES INC. AS ACCOUNTANTS FOR THE DEBTOR**

Toufic Salim Melki (the "Debtor"), files this *Application for Authority to Employ Agnelo G. Gonsalves as Accountants for the Debtor* (the "Application"), and in support thereof, state as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

2. The relief sought with this Application is based upon Sections 327(a), 328, 330 and 1107 of 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code").

**The Case**

3. On April 18, 2019 (the "Petition Date"), the Debtor filed for bankruptcy under Chapter 11 of the Bankruptcy Code.

4. The Debtor is now in possession of his property and the management of his business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5. No creditors committee has been appointed in this case by the United States Trustee.

### The Need for Accounting Services

6. The Debtor requires the assistance of an accountant in order to assist hum in the preparation of tax returns and periodic reports and to provide general accounting services.

### The Employment of Agnelo G. Gonsalves as Accountants

7. The Debtor has selected Agnelo G. Gonsalves, CPA and A. Gonsalves Associates Inc. (collectively, "Gonsalves") to act as his accountants in this case because Gonsalves has considerable experience in tax and accounting matters. The Debtor submits that the retention of Gonsalves under the terms described herein is appropriate under Sections 327, 328 and 1107 of the Bankruptcy Code.

### The Services to be Rendered

8. The Debtor has retained Gonsalves to assist him, among other things, in the preparation of tax returns, monthly operating and periodic reports and to provide general accounting services.

### The Standards for Approving Employment

9. Section 327(a) empowers the trustee, with the Court's approval, to employ attorneys "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a). Section 1107(a) provides that "a debtor in possession shall have all the rights … and powers, and shall perform all the functions and duties … of a trustee serving in a case

under this chapter." 11 U.S.C. § 1107(a).  Gonsalves satisfies all of these standards, as set forth below.

10. To the best of the Gonsalves' knowledge, Gonsalves has no connection with the Debtor, his creditors or any other party-in-interest in this case, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described in the Verified Statement of Agnelo Gonsalves filed herewith.

### No Adverse Interest

11. The Debtor submits that Gonsalves represents no interest adverse to the Debtor or to the estate on the matters upon which Gonsalves is to be engaged for the Debtor.

### Disinterested Person

12. The Debtor further submits that Gonsalves is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

### Compensation

13. Section 328(a) of the Bankruptcy Code permits the employment of a professional "on any reasonable terms and conditions of employment, including on a retainer."  11 U.S.C. § 328(a).

14. Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and any rules or other procedures that may be fixed by this Court, the Debtor requests that Gonsalves be compensated, on an hourly basis, for professional services rendered, plus reimbursement of actual and necessary expenses incurred by Gonsalves.  Gonsalves charges $250.00 per hour for services.

### **Effective Date of Retention**

15. Due to the exigencies of this case, the Debtor requested Gonsalves to commence services before this Application could be heard or approved. The Debtor requests that the retention of Gonsalves be approved effective as of the date of April 18, 2019.

### **Conclusion**

16. As set forth above, Gonsalves satisfies all the requirements for employment as an accountants for the Debtor under Sections 327(a), 328 and 1107 of the Bankruptcy Code.

17. The employment Gonsalves as accountant for the Debtor is in the best interests of the Debtor and the estate and is appropriate under 11 U.S.C. §§ 327 and 328.

### **Prayer for Relief**

WHEREFORE, the Debtor respectfully requests that he (i) be authorized to employ Agnelo Gonsalves effective as of the Petition Dare, under the terms described above, to provide accounting services to the Debtor in this case; and (ii) be granted such other and further relief as is just and proper.

**[signatures on next page]**

Dated:  May 30, 2019			Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
Janet M. Nesse (MDB # 07804)
Justin P. Fasano, Esquire (MDB # 28659)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone: 301-441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, a true and correct copy of the foregoing *Application for Authority to Employ Agnelo Gonsalves and A Gonsalves Associates Inc. as Accountants for the Debtor* was served by the Court's ECF system on the parties listed below:

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Jeffrey M. Sherman jeffreymsherman@gmail.com, elmoyer99@gmail.com

I further certify that on May 30, 2019, a true and correct copy of the foregoing *Application for Authority to Employ Agnelo Gonsalves and A Gonsalves Associates Inc. as Accountants for the Debtor* was served by mailing a copy thereof by first class mail, postage prepaid,:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt MD 20770

A Gonsalves Associates Inc
21516 New Hampshire Avenue
Brookeville, MD 20833

Toufic Salim Melki
8931 Edgewood Dr.
Gaithersburg, MD 20877

/s/ Justin P. Fasano
Counsel