IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: )
)
) Case No. 19-15265-LSS
TOUFIC SALIM MELKI, ) Chapter 11
)
Debtor and Debtor in Possession. )
)

**DECLARATION OF AGNELO G. GONSALVES IN SUPPORT OF
APPLICATION FOR AUTHORITY TO EMPLOY AGNELO G. GONSALVES
AND A. GONSALVES ASSOCIATES INC. AS ACCOUNTANTS FOR THE DEBTOR**

I, AGNELO G. GONSALVES, DO HEREBY DECLARE, CERTIFY AND AFFIRM as follows:

1. That I am a competent person over the age of eighteen and have knowledge of the above-captioned case and can testify thereto.

2. That I am a certified public accountant licensed to practice in the State of Maryland.

3. That I maintain an office in the State of Maryland at 21516 New Hampshire Avenue, Brookeville, MD 20833, and am a principal with A Gonsalves Associates Inc. (the "Firm").

4. That I and the Firm represent no other entity in connection with this case, and am disinterested as that term is defined in 11 U.S.C. Section 101(14). I and the Firm (i) are not an equity security holder, or an insider; (ii) are not and were not an investment banker for any outstanding security of the Debtor; (iii) have not been within three years before the date of the filing of the petition, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtor; (iv) are not and were not, within two years before the date of filing of the petition, a director, officer or employee of the Debtor or an investment bank specified in sections (ii) and (iii) of this paragraph; and (v) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in sections (ii) and (iii) of this paragraph, or for any other reason. Further, I and the Firm hold no interest adverse to the interest of the Debtor or the estate. I have no affiliation with the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. That all of the facts contained in the *Application for Authority to Employ Agnelo*

*Gonsalves and A Gonsalves Associates Inc. as Accountants for the Debtor* are true and correct.

I HEREBY AFFIRM AND DECLARE UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Dated: May 29, 2019

*[signature]*

Agnelo Gonsalves
A Gonsalves Associates Inc
21516 New Hampshire Avenue
Brookeville, MD 20833