**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-15265-LSS |
| TOUFIC SALIM MELKI, ) | Chapter 11 |
| ) | |
| Debtor and Debtor in Possession. ) | |

### REPLY TO OBJECTION TO APPLICATION FOR
### AUTHORITY TO EMPLOY JOHN M. "JACK" QUINN AND
### AND ETHRIDGE, QUINN, KEMP, MCAULIFFE, ROWAN & HARTINGER AS
### SPECIAL COUNSEL FOR THE DEBTOR

Toufic Salim Melki (the "Debtor"), files this reply to the objection of the United States Trustee to his *Application for Authority to Employ John M. "Jack" Quinn and Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger as Special Counsel for the Debtor* (the "Application"), and in support thereof, state as follows:

The US Trustee objects to the Application to the extent the Debtor appeals or seeks reconsideration o the order approving his divorce. However, the Debtor seeks to hire special counsel not just to overturn his divorce order, but to reduce alimony, to restructure property distributions ordered in the divorce order, to reduce the attorneys' fees he (and the estate) is required to pay. A copy of the Debtor's Motion to Alter or Amend is attached as **Exhibit A.** If he is successful on any grounds, including the overturning of the divorce, the estate stands to significantly benefit. There is no relief sought in the Motion to Alter or Amend, or contemplated by any appeal, which would not benefit the estate. A finding that the Circuit Court for Montgomery County lacked jurisdiction over the divorce will reduce or eliminate many of the expenses that the estate is required to pay, and bring assets back into the estate. Therefore, as all

of the services of special counsel are of benefit to the estate, the employment of special counsel should be approved.  In re Goldstein, 383 B.R. 496, 502 (Bankr. C.D. Cal. 2007).

    WHEREFORE, the Debtor respectfully requests that he (i) be authorized to employ Ethridge Quinn effective as of the Petition Date, under the terms described in the Application, to provide legal services to the Debtor related to his divorce; and (ii) be granted such other and further relief as is just and proper.

Dated:  June 19, 2019            Respectfully submitted,

/s/ *Janet M. Nesse*
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
Janet M. Nesse (MDB # 07804)
Justin P. Fasano, Esquire (MDB # 28659)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone: 301-441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a true and correct copy of the foregoing was served by the Court's ECF system on the parties listed below:

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Jeffrey M. Sherman jeffreymsherman@gmail.com, elmoyer99@gmail.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

I further certify that on June 19, 2019, a true and correct copy of the foregoing was served by mailing a copy thereof by first class mail, postage prepaid,:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt MD 20770

John M. "Jack" Quinn
Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger
33 Wood Lane
Rockville, Maryland 20850

Toufic Salim Melki
8931 Edgewood Dr.
Gaithersburg, MD 20877

/s/ Justin P. Fasano
Counsel