

*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 19-15265-LSS |
| TOUFIC SALIM MELKI, | ) Chapter 11 |
|  | ) |
| Debtor and Debtor in Possession. | ) |
|  | ) |

**ORDER APPROVING, IN PART, APPLICATION FOR
AUTHORITY TO EMPLOY JOHN M. "JACK" QUINN AND
AND ETHRIDGE, QUINN, KEMP, MCAULIFFE, ROWAN & HARTINGER AS
<u>SPECIAL COUNSEL FOR THE DEBTOR</u>**

**UPON CONSIDERATION** of the *Application for Authority to Employ John M. "Jack" Quinn and Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger as Special Counsel for the Debtor* filed herein (the "Application") filed by Toufic Salim Melki (the "Debtor"), and the Opposition thereto filed by the Office of the United States Trustee and it appearing to the Court that John M. "Jack" Quinn, is an attorney duly authorized to practice in the State of Maryland and the Court having been satisfied that John M. "Jack" Quinn and his firm, Ethridge, Quinn,

1

Kemp, McAuliffe, Rowan & Hartinger, do not hold or represent any interest adverse to the Debtor's estate and are disinterested persons within the meaning of 11 U.S.C. Section 101(14), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Debtor be and hereby is authorized to employ John M. "Jack" Quinn and Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger ("Ethridge Quinn") as special counsel to the Debtor in his divorce case, *nunc pro tunc* to the Petition Date, pursuant to the terms described in the Application, and it is further

**ORDERED**, that Ethridge Quinn shall only be compensated for legal services perform that relate to property of the estate and that is in the best interest of the estate, which includes both wages of Dr. Melki and other real and personal property of the estate, but not issues relating to physical custody of the minor children (as opposed to child support payments); and it is

ORDERED that that Ethridge Quinn shall keep time records in conformity with the Compensation Guidelines for Professionals, which is attached as Appendix D to the Local Rules; and it is further

**ORDERED**, that approval of the compensation to be paid to Ethridge Quinn is subject to further review pursuant to Section 330 of the Bankruptcy Code and order of the Court.

cc:
Justin Philip Fasano at jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;
   dmoorehead@mhlawyers.com; kmadden@mhlawyers.com;tmackey@mhlawyers.com;
   mnickerson@mhlawyers.com
Lynn A. Kohen at lynn.a.kohen@usdoj.gov
Janet M. Nesse at jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com;
   jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com; dmoorehead@mhlawyers.com
Jeffrey M. Orenstein at jorenstein@wolawgroup.com
Jeffrey M. Sherman at jeffreymsherman@gmail.com, elmoyer99@gmail.com

John M. "Jack" Quinn
Ethridge, Quinn, Kemp, McAuliffe, Rowan & Hartinger
33 Wood Lane
Rockville, Maryland 20850

Toufic Salim Melki
8931 Edgewood Dr.
Gaithersburg, MD 20877

**END OF ORDER**