**SO ORDERED**

Order is modified.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | |
| TOUFIC SALIM MELKI, | Case No. 19-15265-LSS |
| | Chapter 11 |
| Debtor and Debtor in Possession. | |

**ORDER APPROVING, IN PART, MOTION TO LIFT AUTOMATIC STAY TO ALLOW CONTINUANCE OF PROCEEDINGS FOR DISSOLUTION OF MARRIAGE, ENFORCEMENT OF SUPPORT PAYMENTS AND USE AND POSSESSION OF THE MARITAL HOME**

UPON CONSIDERATION of Cynthia Samaha's amended motion to lift the automatic stay to allow continuance of proceedings for dissolution of marriage, enforcement of support payments and use and possession of the marital home ("Motion"), and the Opposition thereto filed by the Debtor. That the state court has greater familiarity with the facts and legal issues surrounding

domestic support payments and use and possession of the marital home than does this court and after due deliberation thereon, and good and sufficient cause appearing therefor; and a hearing on the Motion having been held on July 1, 2019 by this Court, It is:

**ORDERED** that automatic stay is modified to permit Cynthia Samaha to exercise her non-bankruptcy rights and enforce the portion of the domestic relations court order issued by the Montgomery County Circuit Court on March 26, 2019, Case No. 138142FL, *Melki v. Melki* ("Domestic Action") that awards and directs payment of domestic support obligations, namely alimony and child support, to the extent such amounts have accrued or will accrue since April 18, 2019 and remain unpaid, by any lawful means available under applicable non-bankruptcy law, excluding the transfer or encumbrance of title to or interest in any asset in which the Debtor has or claims an ownership interest; it is also

**ORDERED** that Cynthia Samaha is authorized to enforce the use and possession award made in the Domestic Action on March 26, 2019 of the marital home, the property, located at 8931 Edgewood Dr. Gaithersburg, MD 20877, by all means of applicable non-bankruptcy law; it is also

**ORDERED** that enforcement of any judgment regarding equitable distribution, however, remains stayed pending further order of this Court; and it is also

**ORDERED** that the stay of the enforceability of this order under §362 is hereby waived and the Order shall become effective immediately upon entry, unless otherwise stayed.

cc:

Justin Philip Fasano at jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com; kmadden@mhlawyers.com; tmackey@mhlawyers.com; mnickerson@mhlawyers.com

Lynn A. Kohen at lynn.a.kohen@usdoj.gov

Janet M. Nesse at jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com;

jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com; dmoorehead@mhlawyers.com

Jeffrey M. Orenstein at jorenstein@wolawgroup.com

Jeffrey M. Sherman at jeffreymsherman@gmail.com, elmoyer99@gmail.com

Toufic Salim Melki
8931 Edgewood Dr.
Gaithersburg, MD 20877

**END OF ORDER**