IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )    19-15265-TJC |
| TOUFIC SALIM MELKI, | )    Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

### SUPPLEMENTAL OPPOSITION TO CREDITORS CYNTHIA SAMAHA, SABA ARMANI, AND GOWEN SILVA AND WINOGRAD, PLLC'S MOTION TO APPOINT CHAPTER 11 TRUSTEE

Toufic Salim Melki (the "Debtor") the debtor and debtor in possession in the above-captioned case, files this supplement to his previous opposition to *Creditors Cynthia Samaha, Saba Armani, and Gowen Silva and Winograd, PLLC's Motion to Appoint Chapter 11 Trustee* (the "Motion," Docket No. 51) filed by Cynthia Samaha f/k/a Cynthia Melki, Saba Armani, and Gowen Silva and Winograd, PLLC ("Movant"), and states as follows:

Since this case was filed, the Debtor has undertaken a comprehensive review of his finances with his new accountant, Agnelo Gonsalves, the principal of A. Gonsalves Associates Inc. With Mr. Gonsalves' help, the Debtor will be filing amended tax returns for his companies and amended schedules in his bankruptcy case. The Debtor does not believe he has committed any fraudulent conduct and, with the assistance of counsel and Mr. Gonsalves, is willing to submit his finances to the review of an examiner appointed pursuant to 11 U.S.C. § 1104(c). The Debtor will fully cooperate with any such examiner so that the Court has a complete picture of his finances and his business' finances. The Debtor submits that the appointment of an examiner is far more likely to benefit the estate than the appointment of a trustee to take control of a small, operating medical business. *Schuster v. Dragone*, 266 B.R. 268, 272 (D. Conn. 2001)

(appointment of examiner was not abuse of discretion because examiner's appointment protected creditors and examiner "would be in a position to address the question of whether there was fraud, dishonesty or other factors which would warrant "perhaps on another day" the appointment of a Chapter 11 trustee.").

WHEREFORE, the Debtor requests that the Motion be denied, or, in the alternative, that the Court appoint an examiner pursuant to 11 U.S.C. § 1104(c); and that the Court grant such other relief as it deems appropriate and proper.

Dated: October 7, 2019            Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse, Esq (MDB # 07804)
Justin P. Fasano, Esq. (MDB # 28659)
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Tel: (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for Toufic Melki*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2019, a copy of the foregoing *Creditors Cynthia Samaha, Saba Armani, and Gowen Silva and Winograd, PLLC's Motion to Appoint Chapter 11 Trustee* was served by CM/ECF, to all parties receiving notice thereby, which includes the following attorneys:

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Jeffrey M. Sherman jeffreymsherman@gmail.com, elmoyer99@gmail.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Janet M. Nesse
Janet M. Nesse