# MDLANDREC | A Digital Image Retrieval System for Land Records & Indices in Maryland

**Search Results for:**
County: MO   Name: IS melki, toufic   AS Grantor/Grantee   for all dates

**Displaying 31 records of 31 total records.**

| ☑ | Date Recorded | Grantor/Grantee | Instrument Type | Book/Page | Remarks |
|---|---|---|---|---|---|
| ☐ | 2019-05-02 | *Grantor:* MELKI, TOUFIC S *TAX ID:* 1862831 | ASSIGNMENT OF DOT/MTG | Book 57508, pp. 364-365 | WASHINGTONIAN TOWERN/A |
| ☐ | 2016-08-16 | *Grantee:* MELKI, TOUFIC S *TAX ID:* 843012 | RELEASE, CERTS OF SATISFACTION | Book 52631, pp. 457-458 | ROSEMONT13 L |
| ☐ | 2016-08-16 | *Grantee:* MELKI, TOUFIC *TAX ID:* 843012 | RELEASE, CERTS OF SATISFACTION | Book 52631, pp. 457-458 | ROSEMONT13 L |
| ☐ | 2014-08-05 | *Grantee:* MELKI, TOUFIC *TAX ID:* 843012 | RELEASE | Book 48999, p. 7 | ROSEMONT13 L |
| ☐ | 2013-07-01 | *Grantor:* MELKI, TOUFIC S *TAX ID:* 1862831 | DEED OF TRUST  *Address 9701 FieldsRd* | Book 47142, pp. 61-82 | WASHINGTONIAN TOWERN/A |
| ☐ | 2013-07-01 | *Grantee:* MELKI, TOUFIC S *TAX ID:* 1862831 | DEED | Book 47142, pp. 57-60 | WASHINGTONIAN TOWERN/A #1803, GAIT |
| ☐ | 2013-07-01 | *Grantor:* MELKI, TOUFIC S *TAX ID:* 1862831 | POWER OF ATTORNEY | Book 47142, pp. 52-56 | WASHINGTONIAN TOWERN/A |
| ☐ | 2013-03-01 | *Grantor:* MELKI, TOUFIC *TAX ID:* 843012 | DEED | Book 46220, pp. 471-473 | ROSEMONT13 L BURG MD 2087 |
| ☐ | 2013-03-01 | *Grantee:* MELKI, TOUFIC *TAX ID:* 843012 | DEED | Book 46220, pp. 471-473 | ROSEMONT13 L BURG MD 2087 |
| ☐ | 2011-12-08 | *Grantor:* MELKI, TOUFIC S *TAX ID:* 843012 | SUBORDINATION | Book 42811, pp. 70-76 | ROSEMONT13 L |
| ☐ | 2011-12-08 | *Grantor:* MELKI, TOUFIC *TAX ID:* 843012 | SUBORDINATION | Book 42811, pp. 70-76 | ROSEMONT13 L |
| ☐ | 2011-09-13 | *Grantor:* MELKI, TOUFIC *TAX ID:* 843012 | DEED OF TRUST  *R @ 48999-7* | Book 42192, pp. 424-445 | ROSEMONT13 L BURG MD 2087 |

| | | | | |
|---|---|---|---|---|
| ☐ | 2011-09-08 | *Grantee:* MELKI, TOUFIC<br>*TAX ID:* 843012 | RELEASE | Book 42163, p. 100 | ROSEMONT13 L |
| ☐ | 2007-09-20 | *Grantee:* MELKI, TOUFIC<br>*TAX ID:* 843012 | RELEASE | Book 34860, p. 615 | ROSEMONT13 L |
| ☐ | 2007-09-07 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | DEED OF TRUST | Book 34812, pp. 555-572<br>R @ 42163-100 | ROSEMONT13 L<br>G MD 20877 |
| ☐ | 2007-09-07 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | APPOINTMENT SUBSTITUTE TRUSTEE | Book 34812, pp. 551-554 | ROSEMONT13 L |
| ☐ | 2007-09-07 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | SUBORDINATION | Book 34812, pp. 547-550 | ROSEMONT13 L |
| ☐ | 2005-10-18 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | DEED OF TRUST | Book 31005, pp. 471-478 | ROSEMONT13 L |
| ☐ | 2005-10-18 | *Grantor:* MELKI, TOUFIC S<br>*TAX ID:* 843012 | DEED OF TRUST | Book 31005, pp. 471-478<br>R 52631-457 | ROSEMONT13 L |
| ☐ | 2005-10-14 | *Grantee:* MELKI, TOUFIC S<br>*TAX ID:* 843012 | RELEASE | Book 30977, p. 396 | ROSEMONT13 L |
| ☐ | 2003-04-07 | *Grantor:* MELKI, TOUFIC S<br>*TAX ID:* 843012 | SUBORDINATION | Book 23498, pp. 366-369 | ROSEMONT13 L |
| ☐ | 2003-04-07 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | DEED OF TRUST | Book 23498, pp. 343-365<br>R @ 34860-615 | ROSEMONT13 L<br>BURG MD 2087 |
| ☐ | 2003-03-26 | *Grantee:* MELKI, TOUFIC<br>*TAX ID:* 843012 | RELEASE | Book 23366, p. 28 | ROSEMONT13 L |
| ☐ | 2002-08-13 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | ASSIGNMENT | Book 21606, pp. 564-565 | ROSEMONT13 L |
| ☐ | 2002-08-13 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | ASSIGNMENT | Book 21606, pp. 562-563 | ROSEMONT13 L |
| ☐ | 2002-05-29 | *Grantor:* MELKI, TOUFIC<br>*TAX ID:* 843012 | DEED | Book 21181, pp. 193-195 | ROSEMONT13 L<br>RG, MD 20877 |
| ☐ | 2002-05-29 | *Grantee:* MELKI, TOUFIC<br>*TAX ID:* 843012 | DEED | Book 21181, pp. 193-195 | ROSEMONT13 L<br>RG, MD 20877 |
| ☐ | 2001-06-29 | *Grantor:* MELKI, TOUFIC S<br>*TAX ID:* 843012 | DEED OF TRUST | Book 19374, pp. 640-644<br>R @ 30977-396 | ROSEMONT13 L |
| ☐ | ~~2001-06-29~~ | *~~Grantor:~~* ~~MELKI, TOUFIC~~<br>*TAX ID:* 843012 | ~~DEED OF TRUST~~ | ~~Book 19374, p. 625~~<br>History Record | ~~ROSEMONT13 L~~ |

| | 2001-06-29 | *Grantor:* MELKI, TOUFIC *TAX ID:* 843012 | DEED OF TRUST  R W 23366-28 | Book 19374, pp. 625-639 Changed Record | ROSEMONT13 L |
|---|---|---|---|---|---|
| | 2001-06-29 | *Grantee:* MELKI, TOUFIC *TAX ID:* 843012 | DEED | Book 19374, pp. 621-624 | ROSEMONT13 L SBURG, MD 20 |

MDLANDREC.NET (Version 3.8.0) © Maryland State Archives, 1999-2019.
An Archives of Maryland Online Publication
Use of this website constitutes an agreement by the user to abide by the Archives' Acceptable Use Policy.

S8

# MDLANDREC | A Digital Image Retrieval System for Land Records & Indices in Maryland

**Search Results for:**
County: MO   Name: IS melki, cynthia AS Grantor/Grantee for all dates

**Displaying 5 records of 5 total records.**

| ☑ | Date Recorded | Grantor/Grantee | Instrument Type | Book/Page | Remarks |
|---|---|---|---|---|---|
| ☐ | 2019-05-02 | Grantor: MELKI, CYNTHIA TAX ID: 1862831 | ASSIGNMENT OF DOT/MTG | Book 57508, pp. 364-365 | WASHINGTONIAN TOWERN/A |
| ☐ | 2013-07-01 | Grantor: MELKI, CYNTHIA TAX ID: 1862831 | DEED OF TRUST *Address- 9701 Field Road* | Book 47142, pp. 61-82 | WASHINGTONIAN TOWERN/A |
| ☐ | 2013-07-01 | Grantee: MELKI, CYNTHIA TAX ID: 1862831 | DEED | Book 47142, pp. 57-60 | WASHINGTONIAN TOWERN/A #1803, GAIT |
| ☐ | 2013-07-01 | Grantee: MELKI, CYNTHIA TAX ID: 1862831 | POWER OF ATTORNEY | Book 47142, pp. 52-56 | WASHINGTONIAN TOWERN/A |
| ☐ | 2013-03-01 | Grantee: MELKI, CYNTHIA S TAX ID: 843012 | DEED | Book 46220, pp. 471-473 | ROSEMONT13 L BURG MD 2087 |

MDLANDREC.NET (Version 3.8.0) © Maryland State Archives, 1999-2019.
An Archives of Maryland Online Publication
Use of this website constitutes an agreement by the user to abide by the Archives' Acceptable Use Policy.

S8