

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| Toufic Salim Melki, | * | Case No. 19-15265-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

## ORDER DENYING APPLICATION TO EMPLOY

Before the Court is Debtor's Emergency Application for Approval of Employment of Criminal Counsel for Debtor [Dkt. No. 87] (the "Application to Employ"), and the Objections filed by Cynthia Samaha and Gowen Silva and Winograd, PLLC [Dkt. No. 94] and the United States Trustee [Dkt. No. 95]. Upon reviewing the Application to Employ and the Objections, the Court has determined that no hearing is necessary and that the Application to Employ should be denied without prejudice.

Section 327(e) of the Bankruptcy Code provides as follows:

The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, *if in the best interest of the estate*, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e). In the Application to Employ, Debtor fails to allege facts that would support a finding that employment of criminal counsel is necessary and would be in the best interest of the estate. Such allegations are necessary to allow Debtor's creditors and the United States Trustee to consider and possibly object to an application to employ. Accordingly, the Court has determined that the Application to Employ should be denied without prejudice to Debtor filing a new application to employ criminal counsel setting forth Debtor's explanation of why criminal counsel is necessary and why employment of criminal counsel would be in the best interest of the bankruptcy estate. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application to Employ is **DENIED** without prejudice to Debtor filing a new application to employ criminal counsel setting forth Debtor's explanation of why criminal counsel is necessary and why employment of criminal counsel would be in the best interest of the bankruptcy estate.

cc:  Debtor
    Debtor's Counsel
    Cynthia Samaha
    Gowen Silva and Winograd, PLLC
    United States Trustee

**End of Order**