**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 19-15265-LSS |
| TOUFIC SALIM MELKI | Chapter 11 |
| Debtor | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO**
**BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Nikita Joshi and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of U.S. Bank National Association ("Creditor"), in the above-captioned case related to the property located at 1530 Key Blvd., Unit 728, Arlington, VA 22209 and the loan number ending XXXXXX7874 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Nikita Joshi
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

Respectfully Submitted,

Dated: October 22, 2019

/s/ Nikita Joshi
Nikita Joshi, Esq., MD Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for Creditor*

BWW#: MD-344531

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of October, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Lynn A. Kohen, Office of the U.S. Trustee

Justin Philip Fasano, Esq.

Janet M. Nesse, Esq.

John M. Quinn, Esq.

  I hereby further certify that on this 22nd day of October, 2019, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Toufic Salim Melki
1014 Willow Leaf Way
Rockville, MD 20854

/s/ Nikita Joshi
Nikita Joshi, Esq.