UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: | Case No. 19-15265-LSS |
| TOUFIC SALIM MELKI | Chapter 11 |
| Debtor. | |

**MOTION FOR LEAVE OF COURT TO WITHDRAW AS
COUNSEL FOR DEBTOR, TOUFIC SALIM MELKI**

Janet M. Nesse, Justin P. Fasano and McNamee, Hosea, Jernigan, Kim, Greenan, & Lynch, P.A. as counsel to Toufic Salim Melki, Debtor and Debtor in Possession (the "Debtor"), hereby file this Motion for Leave of Court to Withdraw as Counsel for Debtor, Toufic Salim Melki (the "Motion"), and in support thereof, state as follows:

1. Debtor retained the Law Firm of McNamee, Hosea, Jernigan, Kim, Greenan, & Lynch, P.A. (the "Law Firm") for the purposes of representing Debtor in the above captioned Chapter 11 case.

2. Debtor signed a retainer agreement with the Law Firm, but subsequent irreconcilable differences have arisen in the case between Debtor and the Law Firm such that the Law Firm can no longer represent the Debtor.

3. As such, on November 13, 2019, the Law Firm provided the Debtor with a seven (7) day notice of intent to withdraw as counsel as required by Local Rule 9010-4(b) (the "Notice of Intent"). A copy of the Notice of Intent is attached hereto as **"Exhibit A."** The undersigned followed up with an email on November 19, 2019 to confirm the Notice and to state that she

1

would delay the filing of this Motion until Friday, November 22, 2019, as a courtesy to the Debtor.  A copy of that email is attached hereto as **"Exhibit B"**

    4.    The undersigned has been made aware that the Debtor is meeting with potential replacement counsel.

    5.    In light of the foregoing, the Law Firm requests that the Court enter an Order authorizing the Firm to withdraw from representation of the Debtor in all matters pending before the Court.

    6.    The last known address of the Debtor is:

> Toufic Salim Melki
> 1014 Willow Leaf Way
> Rockville MD 20854

    7.    The Debtor has been served with a copy of this motion by mail and by email.

WHEREFORE, McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. respectfully requests that this Court enter an Order:

    (i)    Granting the Motion; and

    (ii)    Authorizing the Firm to withdraw as counsel for Debtor and strike its appearance upon entry of the Order granting the Motion; and

    (iii)    Granting such other and further relief as equity and justice may require.

**[signatures on next page]**

Dated:  November 22, 2019         Respectfully submitted,

/s/ *Janet M. Nesse*  
Janet M. Nesse (MDB # 07804)  
Justin P. Fasano, Esquire (MDB # 28659)  
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.  
6411 Ivy Lane, Suite 200  
Greenbelt, MD 20770  
(301) 441-2420  
jnesse@mhlawyers.com  
jfasano@mhlawyers.com  
*Counsel for Toufic Salim Melki*

## **CERTIFICATION**

I hereby certify and affirm that the foregoing representations and facts are true, accurate and complete.

_/s/ Janet M. Nesse_____  
Janet M. Nesse

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 22 nd day of November, 2019, a copy of the foregoing Motion was served, with a proposed form of Order, by first class mail, postage prepaid, upon the following: :

Toufic Salim Melki  
1014 Willow Leaf Way  
Rockville MD 20854  
(also via email)

US Trustee  
6305 Ivy Lane  
Suite 600  
Greenbelt, MD 20770

And to all parties who receive service via ECF

_/s/ Janet M. Nesse_____  
Janet M. Nesse