

McNamee Hosea
6411 Ivy Lane, Suite 200   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

Janet M. Nesse
jnesse@mhlawyers.com

Admitted in
Maryland, Virginia and
District of Columbia

Via First Class Mail and
E-mail to heisalwayswithus1@gmail.com

Dr. Toufic Melki
1014 Willow Leaf Way
Rockville, MD 20854

Re: Notice of Intent to Withdraw Representation
In re: Toufic Salim Melki
Case No. 19-15265
Chapter 11

Dear Dr. Melki:

Due to differences between you, as client, and our firm, as counsel, that have arisen in the case that we believe are irreconcilable, please be advised that that under Local Rule 9010-4 of the Bankruptcy Court for the District of Maryland, we intend to file a motion seeking to withdrawal as counsel of record in the above referenced bankruptcy case seven (7) days from today's date.

Local Bankruptcy Rule for the United States Bankruptcy Court for the District of Maryland 9010-4(a)(2)(B) requires that we notify you that upon withdrawal of our representation you need to have other counsel enter their appearance on your behalf or you need to advise the Clerk of the Bankruptcy Court that you will be proceeding in this case without counsel.

We will assist in any way that we can to make the transition easy for all parties.

Sincerely,

Janet M. Nesse
*Principal, McNamee Hosea Jernigan
Kim Greenan & Lynch, P.A.*

McNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A.