From: Janet M. Nesse
Sent: Tuesday, November 19, 2019 4:52 PM
To: Toufic Melki <heisalwayswithus1@gmail.com>
Cc: Janet M. Nesse <jnesse@mhlawyers.com>
Subject: RE: Withdrawal Letter

Attached hereto is another copy of the withdrawal letter sent to you last Wednesday, November 13.

I am sending it again in an abundance of caution as I have not heard from you.

I will, as a courtesy, not file the Motion to Withdraw until Friday November 22, 2019 to give you the opportunity to find another attorney.



**McNamee Hosea**
Attorneys & Advisors

**Janet M. Nesse**
*Principal*

**McNamee Hosea**

6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

O 301.441.2420
F 301.982.9450

Facebook | mhlawyers.com

The information contained herein is confidential and intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete the message. **Disclosure Required by IRS Circular 230:** *In accordance with IRS requirements, we wish to inform you that, to the extent this communication contains tax advice, it is not intended or written to be used for the purpose of 1) avoiding tax penalties that may be imposed on the taxpayer by the*

1

*Internal Revenue Service, or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*