**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TOUFIC SALIM MELKI | ) | Case No: 19-15265 |
| | ) | (Chapter 11) |
| Debtor | ) | |
| | ) | |

# TOUFIC SALIM MELKI, DEBTOR
## Exhibit List

**Re:  Hearing on 01/21/20 AND 01/24/20
HEARINGS -
Motion to Appoint Chapter 11 Trustee [Dkt. 51]; Opposition by Debtor and Counterclaim for Discretionary Examiner Appointment [Dkt. 61, 78, ___] Reply by Movants [Dkt. 79, 80]; Motion to Enforce Settlement Agreement [Dkt. 140]; Response and Supplement [Dkt. 143, ___]; Application to Employ Bart Colombo [Dkt. 119]; Opposition thereto [Dkt. 120]**

| Tab | Document | Marked | Admitted |
|---|---|---|---|
| 1 | Circuit Court Divorce Opinion and Order; March 26, 2019 | | |
| 2 | Claims Docket USBC 19-15265 (01/19/20) | | |
| 3 | Claim of Cynthia Melki [Cl. Dkt. 4-1] (06/14/19) | | |
| 4 | Claim of Christopher Gowen [Cl. Dkt. 3-1] (06/14/19) | | |
| 5 | Claim of Saba Armani [Cl. DKt. 5-1] (06/14/19) | | |
| 6 | Amended Schedules [Dkt. 82] (10/10/19) | | |
| 7 | Monthly Operating Report December, 2019 [Dkt. 165] | | |
| 8 | Monthly Operating Report Summary 2019 Chart | | |
| 9 | Receipts and Disbursements Adjustments to MORs 2019 Chart | | |
| 10 | Summary of Personal Income and Taxes Amendments Chart 2016-2018 | | |

| 11 | Plan Worksheet from Claims of Record | | |
|----|---|---|---|
| 12 | Transcript from October 25, 2019 on Motion to Appoint Trustee | | |
| 13 | Proffered Stipulation and Consent Order on October 25, 2019 alleged resolution of disputes | | |
| 14 | Docket Sheet 19-15265 | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

*And any exhibits introduced and admitted by opposing party or any exhibits introduced and admitted for impeachment or rebuttal or any exhibits admitted in any prior contested matter in this Chapter 11 case or any exhibits introduced and admitted by the tribunal.

Respectfully Submitted,

/s/ John D. Burns
John D. Burns, Esquire (#22277)
The Burns LawFirm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, MD  20770
(301) 441-8780
info@burnsbankruptcyfirm.com
Counsel for Debtor