**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TOUFIC SALIM MELKI | ) | Case No: 19-15265 |
| | ) | (Chapter 11) |
| Debtor | ) | |
| | ) | |

**REQUEST FOR HEARING ON STATUS REPORT/AGENDA**

TOUFIC SALIM MELKI (the "Debtor"), by and through undersigned counsel, John D. Burns, Esquire, and The Burns Law Firm, LLC hereby files this Request for Hearing on Status Report and Agenda, and states as follows:

The Debtor has filed a Chapter 11 Case and Plan of Reorganization Status Report [Dkt. 177] today.  The Rule 9019(a) Motion has also been filed by the Debtor, following as contemplated and agreed the submission of the Domestic Case Motion to the Circuit Court for Montgomery County, MD as to the domestic relations and financial issues arising therefrom in this case.

A hearing is requested on the Status Motion.  The Court is requested to take note that the undersigned is out of the area Tuesday February 4, 2020 – February 12, 2020; and February 26, 2020 to March 3, 2020.

      RESPECTFULLY SUBMITTED,
      /s/ John D. Burns
      John D. Burns, Esquire (#22777)
      The Burns LawFirm, LLC
      6303 Ivy Lane; Suite 102
      Greenbelt, Maryland  20770
      (301) 441-8780
      info@burnsbankruptcyfirm.com
      Counsel for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 2d day of February, 2020, a copy of the foregoing Request for Hearing re: Status Agenda was served, by first class mail postage prepaid, or by ECF and those Parties on the Matrix unless otherwise specified upon the following parties in interest:

**VIA ECF:**

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Jeffrey M. Sherman jeffreymsherman@gmail.com, elmoyer99@gmail.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

cgowen@gowensilva.com

rstolker@stolker.com

**VIA MAIL:**

Dr. Toufic Melki
1014 Willow Leaf Way
Potomac, MD  20854

(Matrix of creditors as redacted)

                                                /s/ John D. Burns
                                                John D. Burns, Esquire