

*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-15265-LSS |
| TOUFIC SALIM MELKI, ) | Chapter 11 |
| ) | |
| Debtor and Debtor in Possession. ) | |

**CONSENT ORDER GRANTING FIRST AND FINAL APPLICATION OF MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A. FOR ALLOWANCE OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") filed by McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. ("McNamee Hosea"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED,** that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on a final basis, for the period of April 18, 2019 through December 6, 2019, in the amount of $54,313.10 (reduced by agreement in the amount of $440.70 based upon objections informally raised by, and resolved with the Office of the United States Trustee); as compensation for services rendered, and in the additional amount of $521.79; for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed, on a final basis, and that the Debtor Toufic Salim Melki is authorized and directed to pay McNamee Hosea the sum of $54,843.89, less the $3,440.60 that McNamee Hosea is holding in retainer (for a total of $51,394.29); and is further

**ORDERED**, that the administrative claim shall be paid on the effective date of any plan or as otherwise agreed or ordered by the Court; as it is further

**ORDERED,** that McNamee Hosea is authorized to draw down on its retainer to pay the fees awarded above.

### END OF ORDER

| /s/ Justin P. Fasano<br>McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.<br>Justin P. Fasano, Esquire (Bar No. 28659)<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770<br>Phone: 301-441-2420<br>jfasano@mhlawyers.com<br>*Former Counsel for Debtors* | /s/ Lynn A. Kohen<br>Lynn A. Kohen, Bar No.10025<br>Trial Attorney<br>Office of the U. S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770<br>Email: Lynn.A.Kohen@usdoj.gov<br>*Counsel for the United States Trustee* |
|---|---|

| | |
|---|---|
| */s/ John D. Burns* <br> John D. Burns, Esquire (#22777) <br> The Burns LawFirm, LLC <br> 6303 Ivy Lane; Suite 102 <br> Greenbelt, Maryland 20770 <br> (301) 441-8780 <br> info@burnsbankruptcyfirm.com <br> *Counsel for the Debtor* | Seen, agreed, and understood <br><br> */s/ Toufic Melki* <br> Toufic Salim Melki <br> 1014 Willow Leaf Way <br> Rockville MD 20854 |

I HEREBY CERTIFY that the terms of the copy of the *Consent Order* submitted to the court are identical to those set forth in the original *Consent Order*; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original *Consent Order*.

                                                                                      */s/ Justin P. Fasano* <br>
                                                                                      Justin P. Fasano

cc:    US Trustee - Greenbelt <br>
        6305 Ivy Lane, Suite 600 <br>
        Greenbelt, MD 20770

        Toufic Salim Melki <br>
        1014 Willow Leaf Way <br>
        Rockville, MD 20854

        John Douglas Burns <br>
        The Burns LawFirm, LLC <br>
        6303 Ivy Lane, Suite 102 <br>
        Greenbelt, MD 20770