Entered: March 9th, 2020
Signed: March 9th, 2020

**SO ORDERED**



*/s/ Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: ) | |
| ) | |
| TOUFIC SALIM MELKI ) | Case No: 19-15265 |
| ) | (Chapter 11) |
| Debtor ) | |
| ) | |

### ORDER APPROVING MOTION FOR COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019(a) BETWEEN CYNTHIA SAMAHA NEE MELKI AND DEBTOR *NUNC PRO TUNC* TO JANUARY 21, 2020

UPON CONSIDERATION OF THE Motion for Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019(a) Between Cynthia Samaha nee Melki and Debtor *Nunc Pro Tunc* to January 21, 2020 (The "Motion") filed by TOUFIC SALIM MELKI (the "Debtor(s)") by and through John D. Burns, Esquire and The Burns Law Firm, LLC, due notice having been provided, and for the reasons stated in the Motion and those recited on the record if any, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Order granting the Domestic Case Motion from the Circuit Court for Montgomery County, MD is INCORPORATED and ENROLLED to this Order for full faith and credit and such relief is GRANTED that relates to the subjects within the Domestic Case Motion as a pendant matter hereto by consent of the parties expressed on January 21, 2020 and

January 24, 2020; and it is further

        ORDERED, that the Agreement is APPROVED *nunc pro tunc* to January 21, 2020

and that the Parties shall expediently implement its terms and provisions; and it is further

        ORDERED, that this is a final Order.

cc:    John D. Burns, Esquire (#22777)
        The Burns LawFirm, LLC
        6303 Ivy Lane; Suite 102
        Greenbelt, Maryland 20770

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Jeffrey M. Sherman jeffreymsherman@gmail.com,
elmoyer99@gmail.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

cgowen@gowensilva.com

rstolker@stolker.com

Dr. Toufic Melki
1014 Willow Leaf Way
Potomac, MD  20854

(Matrix of creditors)

**(END OF ORDER)**

2