## IN THE UNITED STATES BANKRUPCY COURT
## FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| TOUFIC SALIM MELKI | * | Case No.  19-15265 |
| | * | (Chapter 11) |
| **Debtor** | * | |

**************************************************************

| | | |
|---|---|---|
| **BAYVIEW LOAN SERVICING, LLC** | * | |
| | * | |
| Movant | * | |
| v. | * | |
| | * | |
| TOUFIC SALIM MELKI | * | |
| | * | |
| Debtor(s)/Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO MOTION FOR RELIEF FROM STAY

TOUFIC MELKI (the "Debtor"), by and through undersigned counsel, John D. Burns, Esquire, and The Burns Law Firm, LLC, hereby files this Answer to Motion For Relief From Stay (the "Answer") and states as follows:

### ANSWER:

1. Admitted.

2. Denied as to personal knowledge to the details of the Note; however, admitted as to the extent of any Schedules.  The original note shall be produced at any hearing for inspection by the Debtor.

3. Denied as to personal knowledge to the details of the DOT; however, admitted as to the extent of any Schedules.  The certified copy of the DOT shall be produced at any hearing for inspection by the Debtor.

4. Denied for lack of knowledge as to the payoff.

5. Denied in that prior to January, 2020, the Debtor was current, and it is unclear how the Movant is applying payments made.

6. Denied. It is unclear that post-petition fees are allowable in this proceeding under Section 506(b) without separate application for same. *See, In re Ward*, 190 B.R. 242 (Bankr. D. Md. 1995) (Mannes, B.J.).

7. Denied for lack of knowledge as to speculation over the future, and for the reasons stated at paragraph 6.

8. Denied, as the application of payments appears inconsistent with Debtor's records and a witness should be produced by Movant to explain its document, which is not admissible absent a custodian (these are not business records of regularly conducted activity under Fed. R. Evid. 803(6) but rather litigation exhibits), and no 902(11) affidavit appears in the filing (which still would not permit hearsay here given these are litigation exhibits).

9. Denied. The SDAT is a self authenticating record of ownership, and assessments are for tax purposes, not for fair market value.

10. Denied. The statement is inherently self-contradictory as the Movant avers that the payoff is about one third of the value of the Property.

## **AFFIRMATIVE DEFENSES:**

*Failure to state a claim.* The State of Maryland has placed an amended Order into effect which notes that any foreclosure filings would be stayed when docketed. This is an attempt to commence a foreclosure given the requested relief sought by the Movant. It is a knowing contempt of a Maryland Judiciary Order.

*Adequate Protection.* The Debtor has agreed to pay all mortgage sums from rents received in a settlement Order that has been docketed with the Bankruptcy Court until a quitclaim is entered transferring ownership to his ex-spouse. It is unclear why the payment history does not reflect the Debtor's payments to date, however, that will be adduced at trial.

2

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

(i) Denying the Motion for Relief From Stay; and

(ii) Granting such other and further relief as equity and justice may require.

        Respectfully Submitted,
        ---------/S/ John D. Burns-------------
        _____
        John D. Burns, Esquire (#22777)
        The Burns Law Firm, LLC
        6303 Ivy Lane; Suite 102
        Greenbelt, Maryland 20770
        (301) 441-8780
        info@burnsbankruptcyfirm.com
        Counsel for the Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2020, a copy of the foregoing Debtor's Answer was served via ECF on registered recipients or by first class mail, postage prepaid:

**VIA ECF:**
Lynn Kohen, Esquire
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Michael Freeman – mfreeman@siwpc.com

--------/S/ JDB--------
_____
John D. Burns

4