UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                              )
                                    )
TOUFIC SALIM MELKI                  )   Case No: 19-15265
                                    )   (Chapter 11)
        Debtor                      )
                                    )

**LINE NOTING COUNSEL'S WITHDRAWAL FROM COURTESY OF ELECTRONIC FILING OF MONTHLY MORS AND 426 REPORTS
AND NOTICE TO ACCOUNTANT GONSALVES OF DUTY TO MAKE FILINGS WITH DEBTOR**

THE BURNS LAW FIRM, LLC (the "Firm") by and through John D. Burns, Esquire and The Burns Law Firm, LLC hereby files this Line Noting Counsel's Withdrawal From Courtesy of Electronic Filing of Monthly MORS and 426 Reports And Notice to Accountant Gonsalves of Duty to Make Filings With Debtor, and states as follows:

The Firm is engaged as approved counsel for various services in this case, from which are excluded the preparation and filing of MORs and related reports.  See, Dkt. 134, p.3

The Firm aids cooperative debtors in the filing of MORs and 426 Reports provided that they are submitted to the undersigned by the 15th day of the month, and then can be reviewed and any issues resolved prior to the 20th day of the month when filed.  The Firm has previously withdrawn consent from electronic filings of MORs when there is an abject failure of cooperation in the timely submission of such documents to the Firm.  *See*, eg; Case No. 18-11460 *Broadwater, Tommie*.

Regrettably, the Debtor herein has advised by his accountant that he won't customarily provide these reports to the undersigned on time, and that perhaps the Court should adjust its filing date on the MORs to meet the preferences of the Debtor.  The undersigned was required to file a Motion to Extend Time because the Debtor failed to meet the deadline of the 15th

of March, 2020, and the Order granting relief admonished the Debtor to meet his professional's requirements. It is unfair to the other clients of the Firm who provide timely reports if this particular Debtor does not sufficiently prioritize the submission so as to meet the necessary protocols of the Firm, which are ironically established for his protection.

Accordingly, the Firm is withdrawing from electronic filing of MORs and shall allow the Debtor and his accountant Mr. Gonsalves meet that deadline of the 20th of the month commencing April, 2020 with the Bankruptcy Court through direct filing submissions by courier. The undersigned has received March, 2020 (on the 20th of the month after the required submission date for review), and has taken time away from other clients to ensure the submission has been read and will be filed tomorrow within the extension time. Amended MORs likewise will need be filed by the Debtor and or accountant.

Notice of such action is hereby provided on the docket for parties in interest.

Respectfully Submitted,

-------/S/ John D. Burns---------

John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770
(301) 441-8780
info@burnsbankruptcyfirm.com
Counsel for the Debtor

2

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 26th day of March, 2020, a copy of the foregoing Line was served via first-class mail, postage prepaid, or by ECF, upon:

**VIA ECF:**
Lynn A. Kohen lynn.a.kohen@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

cgowen@gowensilva.com

rstolker@stolker.com

**VIA EMAIL:**
Dr. Toufic Melki
1014 Willow Leaf Way
Potomac, MD  20854

                                         -----/S/ John D. Burns---------
                                         _____

                                         John D. Burns