UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Toufic Salim Melki | * | Case No. 19-15265 |
| | * | Chapter 11 |
| | * | |
| DEBTOR | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE</u>

Toufic Salim Melki (the "Debtors"), by and through undersigned counsel John D. Burns and The Burns Law Firm, LLC, hereby file this line notifying the Court undersigned counsel does not represent and has not verified the Debtor's compliance of service of the attached document. Counsel does not make any reasonable inquiry into the substance of the affidavit beyond reviewing the information supplied by the Debtor.

Respectfully Submitted,

/s/ John D. Burns
John D. Burns, Esquire #22777
The Burns Law Firm, LLC
6303 Ivy Lane: Suite 102
Greenbelt, MD 20770
Counsel for Debtor
INFO@burnsbankruptcyfirm.com

04/20/2020
Date

DEBTOR: TOUFIC SALIM MELKI               CASE NUMBER: 19-15265

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT - CHAPTER 11        ☐ Check if this is an
INDIVIDUAL DEBTORS                              amended report.

COVER SHEET AND QUESTIONNAIRE - FORM 3

For Period from: 03/07/20   to   4/7/2020

**THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH**
Debtor must attach each of the following reports / documents unless the U.S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. Bank Statements for All Bank Accounts <u>open during any day during the period</u>
   (remember to redact all but the last four digits of bank account number)

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 1a. If no, explain. | | |
| 2. Are all insurance policies current and in effect? | X | |
| 2a. If no, explain.** | | |
| 3. Have all <u>post petition</u> taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | x | |
| 3a. If no, explain.**  TAXES ON 2019 IRA DRAWS TO BE FUNDED | | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | X |
| 5a. If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | X |
| 7. Do you have any bank accounts open other than the DIP account? | | X |
| 7a. If yes, when will they be closed? | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 4/16/20     Signature (Debtor): _____
                         Print name: *TOUFIC SALIM MELKI*

                         Signature (Co-Debtor): _____
                         Print name: _____

PAGE 1
Rev. 2017-04

3 Case 19-15265 - March 2020 individual_monthly_operating_report_md

**DEBTOR:** TOUFIC SALIM MELKI   **CASE NUMBER:** 19-15265

For Period from: 3/7/2020 to 4/7/2020

### CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

| | | | |
|---|---|---|---|
| 1. Beginning Cash Balance | | $ 2,395.26 | (1) A |
| 2. Cash Receipts | | | |
|    Wages | $ | | |
|    Sole Proprietorship Revenues | | | |
|    Draws from owned entities other than Sole Prop | 38,200.00 | | |
|    Rental Income | 5,496.00 | | |
|    Other | | | |
|    Other | | | |
|    Other | | | |
|    Total Cash Receipts for the month | | $ 43,696.00 | B |
| 3. Cash Disbursements | | | |
|    Primary residence: Rent or home mortgage payment $ | 3,700.00 | | |
|    Utilities and Communication related Expenses | 530.12 | | |
|    Home maintenance (repairs/upkeep/association dues) | 48.00 | | |
|    Food / Groceries / Housekeeping supplies | 607.16 | | |
|    Restaurants/Entertainment/Recreation | 10.55 | | |
|    Clothing / Laundry / Personal Care | 0.00 | | |
|    Charitable and Religious Contributions | 0.00 | | |
|    Insurance payments | 711.17 | | |
|    Installment payments (including car payments) | | | |
|    Transportation related (gas, parking, tolls) | 0.00 | | |
|    Alimony, maintenance, support of others | 10,056.00 | | |
|    Legal / Professional Fees / U.S. Trustee Fees | 4,500.00 | | |
|    Sole Proprietorship Expenses | | | |
|    Rental Property related: mortgages / expenses / repairs | 4,571.99 | | |
|    Other   CHILDREN AND CHILD CARE | 1,222.84 | | |
|    Other   POSTAGE AND DELIVERY | 23.15 | | |
|    Other   STORAGE | 274.00 | | |
|    Other | | | |
|    Other | | | |
|    Total Cash Disbursements for the month | | $ 26,254.98 | C |
| 4. Net Cash Flow for Month | | | |
|    (Total Cash Receipts less Total Cash Disbursements) (B - C) | | 17,441.02 | D |
|    Surplus rental retained in Retina One LLC | | -5,013.00 | |
| 5. Ending Cash Balance (A + D) $ | | 14,823.28 | E |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 26,254.98 |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 26,254.98 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

PAGE 2
Rev. 2017-04

DEBTOR:   TOUFIC SALIM MELKI                            Case Number: 19-15265

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 4/7/20 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | CAPITAL ONE | | | |
| Last four digits of account | 7415 | | | |
| Purpose of Acct (Personal or Business) | PERS (DIP) | | | |
| Type of account (Checking or Savings) | CHECKING | | | |
| Balance per Bank Statement at End of the Period | 14,823.28 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | | 14,823.28 |

Note: Attach a copy of the bank statement and bank reconciliation for **every** account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

| | | |
|---|---|---|
| Are post petition mortgage payments current? | No | Yes YES |
| Do you have other past due post petition bills? | No NO | Yes |
| If yes, how much do you owe, including past due mortgage payments? | | $ |

*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

| | | |
|---|---|---|
| Does anyone owe you any money? | No NO | Yes |
| If yes, how much is owed to you? | | $ |

*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| |
|---|
| INCLUDED IN LEGAL FEES ARE PAYMENTS TO ATTORNEY ESCROW ACCOUNT FOR LEGAL FEES $4,500. |
| |
| |
| |
| |
| |

Case 19-15265    Doc 233    Filed 04/20/20    Page 5 of 14

DEBTOR: TOUFIC SALIM MELKI          CASE #: 19-15265

## CASH RECEIPTS DETAIL

*The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: 3/7/2020 to 4/7/2020
(attach additional sheets as necessary)

Bank Name: CAPITAL ONE BANK     Last four digits of account number: 7415

**A.** For each <u>counter deposit</u> made during the period, record the following information:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 3/13/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 4,800.00 |
| 3/16/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 1,800.00 |
| 3/24/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 6,000.00 |
| 3/31/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 9,500.00 |
| 4/2/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 4,800.00 |
| 4/6/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 6,500.00 |
| 4/6/20 | TOUFIC S MELKI | PAYMENT FROM S-CORP ACCT | 4,800.00 |

**B.** For <u>direct deposits</u> to your account which identify the source of the deposit, just record the grand total of all of these deposits.     0.00

**C.** Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.     0.00

**Total Cash Receipts**     $ 38,200.00
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:** TOUFIC SALIM MELKI  **CASE #:** 19-15265

## CASH DISBURSEMENTS DETAIL

*The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: 3/7/20 to 4/7/20
(attach additional sheets as necessary)

Bank Name CAPITAL ONE BANK          Last four digits of account number   7415

**A.** For all *checks written*, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3/11/20 | 187 | CYNTHIA MELKI | CHILDREN EXPENSES | 270.00 |
| 3/17/20 | 198 | CYNTHIA MELKI | CHILDREN EXPENSES | 70.00 |
| 3/23/20 | 199 | BURNS LAW FIRM | LEGAL FEES ESCROW | 4,500.00 |
| 4/7/20 | 200 | CYNTHIA MELKI | CHILD SUPORT AND ALIMONY | 10,056.00 |
| 3/30/20 | 201 | DESTA TESAFAYE | CHILD CARE EXPENSES | 525.00 |
| 3/13/20 | ACH DEBIT | WASHINGTONIAN | CONDO FEES | 583.00 |

**B.** For *direct debits* to your account which identify the who is being paid, just record the grand total of all of these withdrawals      10,250.98

**C.** Deduct *transfers* between accounts made to this account included in Section A or B above.

**Total Cash Disbursements**  $   26,254.98
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** TOUFIC SALIM MELKI      **Case #:** 19-15265

**Date Case was filed:** 4/18/2019

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

|  | Year: 2019 | | | Year: 2020 | | |
|---|---|---|---|---|---|---|
|  | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
| Jan |  |  | - | 115,457 | 115,156 | 301 |
| Feb |  |  | - | 199,302 | 196,474 | 2,828 |
| Mar |  |  | - | 43,696 | 26,255 | 17,441 |
| Apr | 5,700 | 2,637 | 3,063 |  |  | - |
| May | 23,296 | 12,945 | 10,351 |  |  | - |
| Jun | 20,805 | 29,022 | (8,217) |  |  | - |
| Jul | 77,598 | 78,140 | (542) |  |  | - |
| Aug | 45,157 | 38,190 | 6,967 |  |  | - |
| Sep | 88,492 | 89,957 | (1,465) |  |  | - |
| Oct | 107,236 | 83,838 | 23,398 |  |  | - |
| Nov | 22,881 | 29,722 | (6,841) |  |  | - |
| Dec | 112,371 | 105,190 | 7,181 |  |  | - |
| TOTAL | 503,536 | 469,641 | 33,895 | 358,455 | 337,885 | 20,570 |

**Toufic S Melki - Debtor in Possession    MONTHLY OPERATING REPORT**

Case No: 19-15265
For the Period from

| | 3/7/2020 | 4/7/2020 | DIP Amounts | Difference |
|---|---|---|---|---|
| 1 Beginning Cash Balance | | 2,395.26  A | 2,395.26 | - |
| **2 Cash Receipts** | | | | |
| Wages | | | - | |
| Sole Proprietorship Revenues | | | - | |
| Draws from owned entities other than Sole Prop | 38,200.00 | | 38,200.00 | - |
| Rental Income | | | - | |
| Other IRA withdrawal from Fidelity | | | - | |
| Other Draw from Fidelity Brokerage Account | | | - | |
| Other Withdrawal from owned entity | | | - | |
| Total Cash Receipt for the month | | 38,200.00  B | 38,200.00 | - |
| **3 Cash Disbursements** | | | | |
| Primary residence: Rent or home mortgage payment | 3,700.00 | | 3,700.00 | - |
| Utilities and Communication related expenses | 530.12 | | 530.12 | - |
| Home maintenance repairs/upkeep/association dues) | 48.00 | | 48.00 | - |
| Food/Groceries/Housekeeping supplies | 607.16 | | 607.16 | - |
| Restaurants/Entertainment/Recreation | 10.55 | | 10.55 | - |
| Clothing/Laundry/Personal care | | | | |
| Charitable/and Religious Contributions | | | | |
| Insurance payments | 711.17 | | 711.17 | - |
| Installment payments (including car payments) | | | | |
| Transportation related (gas, parking, tolls) | | | | |
| Alimony, maintenance, support of others | 10,056.00 | | 10,056.00 | - |
| Legal/Professional Fees/US Trustee Fees | 4,500.00 | | 4,500.00 | - |
| Sole Proprietorship Expenses | | | | |
| Rental Property related mortgages/expenses/repairs | 4,088.99 | | 4,088.99 | - |
| Other Postaage and Delivery | 23.15 | | 23.15 | - |
| Other Children and Child Care | 1,222.84 | | 1,222.84 | - |
| Other Storage | 274.00 | | 274.00 | - |
| Other Cash for expenses | | | | |
| Total Cash Disbursements for the month | | 25,771.98  C | 25,771.98 | - |
| Surplus/Deficit rental retained in Retina One | | | | |
| 4 Net Cash Flow for the Month (Total Cash Receipts less Total Cash Disbursements) | | 12,428.02  D | 12,428.02 | - |
| 5 Ending Cash Balance | | 14,823.28  E | 14,823.28 | - |

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| Total Disbursements for the month (from above) | | 25,771.98 |
| Add: Any amounts paid on behalf of debtor by others | | - |
| Disbursements for US Trustee Fee Calculation | | 25,771.98 |

**Toufic S Melki - Debtor in Possession**  
Case No: 19-15265  
For the Period from

**MONTHLY OPERATING REPORT**

| | RCW Draws | RCW Pd Exp | R1 Draws | R1 Rentals | Total added | TOTAL Amounts |
|---|---|---|---|---|---|---|
| | From Owned Entities | | | | | |
| 1 Beginning Cash Balance | | | | | | 2,395.26 |
| 2 Cash Receipts | | | | | | |
|    Wages | | | | | | |
|    Sole Proprietorship Revenues | | | | | | |
|    Draws from owned entities other than Sole Prop | | | | | | 38,200.00 |
|    Rental Income | | | | 5,496.00 | 5,496.00 | 5,496.00 |
|    Other   IRA withdrawal from Fidelity | | | | | | |
|    Other   Draw from Fidelity Brokerage Account | | | | | | |
|    Other   Withdrawal from owned entity | | | | | | |
|    Total Cash Receipt for the month | - | - | # | 5,496.00 | 5,496.00 | 43,696.00 |
| 3 Cash Disbursements | | | | | | |
|    Primary residence: Rent or home mortgage payment | | | | | | 1,700.00 |
|    Utilities and Communication related expenses | | | | | | 530.12 |
|    Home maintenance repairs/upkeep/association dues) | | | | | | 48.00 |
|    Food/Groceries/Housekeeping supplies | | | | | | 607.16 |
|    Restaurants/Entertainment/Recreation | | | | | | 10.53 |
|    Clothing/Laundry/Personal care | | | | | | |
|    Charitable/and Religious Contributions | | | | | | |
|    Insurance payments | | | | | | 700.17 |
|    Installment payments (including car payments) | | | | | | |
|    Transportation related (gas, parking, tolls) | | | | | | |
|    Alimony, maintenance, support of others | | | | | | 10,056.00 |
|    Legal/Professional Fees/US Trustee Fees | | | | | | 4,500.00 |
|    Sole Proprietorship Expenses | | | | | | |
|    Rental Property related mortgages/expenses/repairs | | | | 483.00 | 483.00 | 14,571.99 |
|    Other   Postaage and Delivery | | | | | | 23.15 |
|    Other   Children and Child Care | | | | | | 7,222.84 |
|    Other   Storage | | | | | | 274.00 |
|    Other   Cash for expenses | | | | | | |
|    Total Cash Disbursements for the month | - | - | - | 483.00 | 483.00 | 26,254.98 |
|    Surplus/Deficit rental retained in Retina One | - | - | - | 5,013.00 | 5,013.00 | 5,013.00 |
| 4 Net Cash Flow for the Month | | | | | | |
|    (Total Cash Receipts less Total Cash Disbursements) | - | - | - | 5,013.00 | 5,013.00 | 12,428.02 |
| 5 Ending Cash Balance | - | - | - | 5,013.00 | 5,013.00 | 14,823.28 |
| CALCULATION OF DISBURSEMENTS FOR UNIT | | | | | | |
| Total Disbursements for the month (from above) | - | - | - | 483.00 | 483.00 | 26,254.98 |
| Add: Any amounts paid on behalf of debtor by others | - | - | - | - | - | - |
| Disbursements for US Trustee Fee Calculation | - | - | - | 483.00 | 483.00 | 26,254.98 |

Page 2 of 2    Melki - March 2020 MOR worksheet 04-16-2020    4/16/2020

04/16/20
Cash Basis

# Toufic S Melki
# Profit & Loss
### March 7 through April 7, 2020

|  | Mar 7 - Apr 7, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Expense** | |
|     Mortgages Paid | 2,977.52 |
|     Child Care Expenses | 525.00 |
|     Children Expenses | 675.86 |
|     Children Movies and Games | 21.98 |
|     Child Support Payments | 4,556.00 |
|     Condo Fees | 1,111.47 |
|     Groceries | 607.16 |
|     Household Expenses | 48.00 |
|     Postage and Delivery | 23.15 |
|     **Professional Fees** | |
|       Legal Fees | 4,500.00 |
|     **Total Professional Fees** | 4,500.00 |
|     Insurance | 711.17 |
|     Payments to Spouse | 5,500.00 |
|     Rent | 3,700.00 |
|     Restaurants | 10.55 |
|     Storage | 274.00 |
|     Telephone | 222.26 |
|     Utilities | 307.86 |
|   **Total Expense** | 25,771.98 |
| **Net Ordinary Income** | -25,771.98 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     **Draws from RCW** | |
|       Draws from RCW-PNC Bank | 15,600.00 |
|       Draws from RCW-Citibank | 22,600.00 |
|     **Total Draws from RCW** | 38,200.00 |
|   **Total Other Income** | 38,200.00 |
| **Net Other Income** | 38,200.00 |
| **Net Income** | 12,428.02 |



**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

TOUFIC SALIM MELKI DEBTOR IN POSSESSION
DISTRICT OF MD - GREENBELT DIVISION
CASE # 19-15265
1014 WILLOWLEAF WAY
POTOMAC, MD 20854
POTOMAC MD  20854

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY  FOR PERIOD MARCH 07, 2020 - APRIL 07, 2020

**Commercial Checking  7415**　　　　　　　　　　　　　TOUFIC SALIM MELKI DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance 03/06/20 | $2,395.26 | Number of Days in Cycle | 32 |
| 8 Deposits/Credits | $38,218.97 | Minimum Balance This Cycle | $1,887.77 |
| 34 Checks/Debits | ($25,790.95) | Average Collected Balance | $7,160.83 |
| Service Charges | $0.00 | | |
| Ending Balance 04/07/20 | $14,823.28 | | |

## ACCOUNT DETAIL  FOR PERIOD MARCH 07, 2020 - APRIL 07, 2020

**Commercial Checking  7415**　　　　　　　　　　　　　TOUFIC SALIM MELKI DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/09 | Debit Card Purchase MOMS OF GAITHERS 527181 030720 MOMS OF GAITHERSBURG  ROCKVILLE  MD | | $131.14 | $2,264.12 |
| 03/10 | ACH Withdrawal VERIZON PAYMENTREC 031020 TOUFIC S MELKI 8544451020001 | | $106.35 | $2,157.77 |
| 03/11 | Check  187 | | $270.00 | $1,887.77 |
| 03/12 | ATM Check Deposit | $4,800.00 | | $6,687.77 |
| 03/12 | Debit Card Purchase WALGREENS STORE IN0060 031220 WALGREENS STORE 4720 B L  ARLINGTON  VA | | $20.97 | $6,666.80 |
| 03/12 | Debit Card Purchase 031220 PEPCO SPEEDPAY  202 833 7500  DC | | $307.86 | $6,358.94 |
| 03/13 | Debit Card Purchase 031320 TAIPEI TOKYO  ROCKVILLE  MD | | $10.55 | $6,348.39 |
| 03/16 | ATM Check Deposit | $1,800.00 | | $8,148.39 |
| 03/16 | Debit Card Purchase Return NORDSTROM 7111 D 302710 031420 NORDSTROM 7111 DEMOCRA  BETHESDA  MD | $18.97 | | $8,167.36 |

*Thank you for banking with us.*　　　　　　　　　　　PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.


MEMBER FDIC

## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

TOUFIC SALIM MELKI DEBTOR IN POSSESSION
DISTRICT OF MD - GREENBELT DIVISION
CASE # 19-15265

## ACCOUNT DETAIL   CONTINUED FOR PERIOD   MARCH 07, 2020   -   APRIL 07, 2020

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/16 | ATM withdrawal ATM WITHDRAWAL CB16 031420 FALLS GROVE ROCKVILLE   MD | | $120.00 | $8,047.36 |
| 03/16 | Debit Card Purchase NORDSTROM 0623 IN0065 031420 NORDSTROM 0623 7111 DEM BETHESDA   MD | | $189.73 | $7,857.63 |
| 03/16 | Debit Card Purchase MOMS OF GAITHERS 527181 031520 MOMS OF GAITHERSBURG   ROCKVILLE   MD | | $44.66 | $7,812.97 |
| 03/16 | Debit Card Purchase MOMS OF GAITHERS 527181 031620 MOMS OF GAITHERSBURG   ROCKVILLE   MD | | $125.93 | $7,687.04 |
| 03/16 | Debit Card Purchase 031620 NORDSTROM 0623   BETHESDA MD | | $45.63 | $7,641.41 |
| 03/17 | Check   198 | | $70.00 | $7,571.41 |
| 03/18 | Debit Card Purchase THE UPS STORE 7 0002 031820 THE UPS STORE 7086 45 ARLINGTON   VA | | $23.15 | $7,548.26 |
| 03/19 | Debit Card Purchase MOMS OF ARLINGTO 527178 031920 MOMS OF ARLINGTON   ARLINGTON   VA | | $44.61 | $7,503.65 |
| 03/19 | Recur Mobile Debit Purchase 031920 NETFLIX COM   NETFLIX COM CA | | $8.99 | $7,494.66 |
| 03/20 | ACH Withdrawal LIBERTY MUTUAL PAYMENT 032020 MELKI TOUFIC S H3723816924940 | | $257.50 | $7,237.16 |
| 03/23 | Debit Card Purchase SAFEWAY 1048 464202 032120 SAFEWAY 1048 ARLINGTON   VA | | $55.45 | $7,181.71 |
| 03/23 | Check   199 | | $4,500.00 | $2,681.71 |
| 03/24 | ATM Check Deposit | $6,000.00 | | $8,681.71 |
| 03/24 | Recur Debit Card Purchase 032420 ETSY COM   BROOKLYN   NY | | $73.36 | $8,608.35 |
| 03/27 | Debit Card Purchase 032720 SQ  RAFFIS VALET CLEAN   ARLINGTON   VA | | $48.00 | $8,560.35 |
| 03/30 | Debit Card Purchase CVS PHARMACY 01 IN0065 032920 CVS PHARMACY 01 01449   ROCKVILLE   MD | | $46.11 | $8,514.24 |

PAGE 3 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.


MEMBER FDIC

ACCOUNT DETAIL    CONTINUED FOR PERIOD   MARCH 07, 2020   -   APRIL 07, 2020

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/30 | Debit Card Purchase GIANT 0106    001 032920 GIANT 0106 ROCKVILLE    MD | | $17.51 | $8,496.73 |
| 03/30 | Recur Mobile Debit Purchase 033020 NETFLIX COM    866 5797172 CA | | $12.99 | $8,483.74 |
| 03/30 | Check    201 | | $525.00 | $7,958.74 |
| 03/31 | ATM Check Deposit | $9,500.00 | | $17,458.74 |
| 04/02 | Recur Debit Card Purchase 040220 EZSTORAGE GAITHERSBURG GAITHERSBURG   MD | | $274.00 | $17,184.74 |
| 04/02 | ACH Withdrawal Washington Metro WEB PMTS 040220 Toufic Melki    QY7YR2 | | $3,700.00 | $13,484.74 |
| 04/02 | ACH Withdrawal WU BAYVIEWLOAN WU/BAYVIEW 040220 TOUFIC MILKI 0002753670 | | $2,616.00 | $10,868.74 |
| 04/02 | ACH Withdrawal WU BAYVIEWLOAN WU/BAYVIEW 040220 TOUFIC MILKI 0002753655 | | $361.52 | $10,507.22 |
| 04/03 | ATM Check Deposit | $4,800.00 | | $15,307.22 |
| 04/03 | Debit Card Purchase SAFEWAY 1956 464301 040320 SAFEWAY 1956 ROCKVILLE    MD | | $46.89 | $15,260.33 |
| 04/03 | ACH Withdrawal THE ATRIUM UOA   DIR DEBIT 040320 MELKI, TOUFIC 017660 0728 02 | | $1,111.47 | $14,148.86 |
| 04/03 | ACH Withdrawal LIBERTY MUTUAL PAYMENT 040320 MELKI TOUFIC S AOS23839169640 | | $355.75 | $13,793.11 |
| 04/03 | ACH Withdrawal LIBERTY MUTUAL PAYMENT 040320 MELKI TOUFIC S LJ123857051310 | | $97.92 | $13,695.19 |
| 04/06 | ATM Check Deposit | $6,500.00 | | $20,195.19 |
| 04/06 | ATM Check Deposit | $4,800.00 | | $24,995.19 |
| 04/07 | ACH Withdrawal VERIZON PAYMENTREC 040720 TOUFIC MELKI 1510293050001 | | $115.91 | $24,879.28 |
| 04/07 | Check    200 | | $10,056.00 | $14,823.28 |
| **Total** | | $38,218.97 | $25,790.95 | |

**Commercial Checking** ▮▮▮▮▮▮▮7415

**TOUFIC SALIM MELKI DEBTOR IN POSSESSION**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 187 | 03/11 | $270.00 | 199 | 03/23 | $4,500.00 | 201 | 03/30 | $525.00 |
| 198* | 03/17 | $70.00 | 200 | 04/07 | $10,056.00 | | | |