

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOUFIC SALIM MELKI ) | Case No. 19-15265 |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

## ORDER GRANTING
## APPLICATION TO APPROVE EMPLOYMENT
## OF LORENZO WOOTEN (REALTOR) AND MARCUS & MILLICHAP REAL ESTATE
## INVESTMENT SERVICES (REAL ESTATE BROKER)

Upon consideration of the Application to Approve Employment of Lorenzo Wooten as Realtor and Marcus & Millichap Real Estate Investment Services as Real Estate Broker (the "Application"), and any response thereto, pursuant to 11 U.S. Code § 327 and Fed. R. Bankr. P. 2014 (a), it is HEREBY:

ORDERED, that the Application is APPROVED; and it is further

ORDERED, that Lorenzo Wooten is APPROVED to serve as Realtor and Marcus & Millichap Real Estate Investment Services is APPROVED to serve as Real Estate Broker to the Debtor; and it is further

ORDERED, that all fees to Lorenzo Wooten and/or Realtor and Marcus & Millichap Real Estate Investment Services from property of the estate are subject to application and approval by Order of this Court.

cc: John D. Burns, Esquire (#22777)
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770

Office of the United States Trsutee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770

Toufic Melki
1014 Willow Leaf Way
Potomac, MD  20854

Lorenzo Wooten
7200 Wisconsin Ave., Suite 1101
Bethesda, MD  20814

(Matrix of Creditors)

**(END OF ORDER)**