

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **19–15265 – LSS**   Chapter: **11**

**Toufic Salim Melki**
Debtor

## ORDER TERMINATING STATUS CONFERENCE AND SETTING DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

Upon reviewing Debtor's Status Report/Agenda [Dkt. No. 246], the Court has determined that the status conference set for May 28, 2020 is no longer necessary and that the Court should set a deadline of August 1, 2020 for Debtor to file a Chapter 11 Plan and Disclosure Statement. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the status conference set for May 28, 2020 at 10:00 a.m. is hereby terminated; and it is further,

ORDERED, that Debtor shall file a Chapter 11 Plan and Disclosure Statement by August 1, 2020.

cc:   Debtor
      Attorney for Debtor – John M. Quinn
      Cynthia Samaha
      U.S. Trustee

## End of Order

44x04 (rev. 07/29/2016) – jmasters