UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                    )
                                          )
TOUFIC SALIM MELKI         )    Case No: 19-15265
                                          )    (Chapter 11)
        Debtor                        )
                                          )
_____)

**LIMITED REPLY OF THE BURNS LAWFIRM, LLC TO
DEBTOR'S MOTION TO EXTEND PLAN FILING FROM AUGUST 3, 2020**

THE BURNS LAWFIRM, LLC (the "Firm"), by and through undersigned counsel, John D. Burns, Esquire, and The Burns Law Firm, LLC hereby files this Limited Reply as erstwhile counsel to the Debtor Toufic Salim Melki, and states as follows:

The Firm was terminated by the Debtor on June 20, 2020 following retention of new counsel. This followed a status hearing on July 15, 2020, wherein the Debtor received certain direction from the Court on his prospective actions. The Debtor has chosen to proceed with new counsel thereafter. The undersigned requested and the Court acknowledged on July 15, 2020 that a Plan extension would be necessary, at which time the undersigned suggested on the record an extension to September 30, 2020.

The Debtor by and through new counsel has filed a Motion to Extend Plan Filing from August 3, 2020 to October 15, 2020. Therein as one of several reasons stated for an extension, the Debtor relays that a copy of the file has been requested, and in part provided. The Firm will do its best to cooperate with reasonable requests for copies of its file documents; however, it is important for all to note that the Firm and the Debtor have agreed that the file is property of the Firm, not of the client. Any copy of the file is usually presented on 30 days written notice to balance the capacities of the Firm regarding a large document request with all client needs generally, as well as the requester's. This is purposed at avoiding intentional exigency by a

client who elects to require a substantial file copy in a timeframe that is difficult for a small firm like the undersigned to meet.

A redacted copy of the Firm's retainer agreement under which it obtained such terms with the Debtor is annexed hereto as ***Exhibit A***.  The Firm notes that it is reasonable that new counsel needs time to acquaint himself with a new client and file.  However, the Firm must note as a minor correction that the Debtor should not be awaiting copies of the file as any part of a request for extension of time since the Debtor should be in possession of all filings made during the Firm's tenure as counsel.  The Firm provided copies to Debtor by email of all filings contemporaneous with ECF notifications.

Notwithstanding the foregoing, the Firm shall work with the Debtor as practical circumstances require to facilitate a transfer of matters to new counsel and confirms for the Court and new counsel that a request was made on July 15, 2020 for a plan filing extension.

    RESPECTFULLY SUBMITTED,
/s/ John D. Burns
John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland  20770
(301) 441-8780
info@burnsbankruptcyfirm.com
Counsel for the Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 3rd day of August, 2020, a copy of the foregoing Limited Response was served, by first class mail postage prepaid, or by ECF unless otherwise specified upon the following parties in interest:

**VIA ECF:**
Daniel M. Press, Esquire
Chung & Press, PC
67198 Whittier Avenue
STE 200
McLean VA  22101

                                                 /s/ John D. Burns
                                                John D. Burns, Esquire