Entered: August 10th, 2020
Signed: August 10th, 2020

**SO ORDERED**



*Lori Simpson*
LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division**

------------------------------------------------------------X
In re:                                                     :       Chapter 11
                                                           :
Toufic Salim Melki                                         :       Case No.  19-15265-LSS
              **Debtor.**                                  :
                                                           :
------------------------------------------------------------X

<u>ORDER APPROVING EMPLOYMENT OF COUNSEL</u>

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating Daniel M. Press and the law firm of Chung & Press, P.C. to perform legal services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that Daniel M. Press and the law firm of Chung & Press, P.C., are hereby authorized and designated to perform legal services for the Debtor as necessary to assist the Debtor with respect to this case.  This Order shall be effective *nunc pro tunc* to July 20, 2020.

Copies to:

Debtor
Counsel for Debtor
U.S. Trustee

END OF ORDER