Entered: February 11th, 2021
Signed: February 11th, 2021

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **19–15265 – LSS**   Chapter: **11**

**Toufic Salim Melki**
Debtor

## ORDER DENYING APPLICATION TO EMPLOY

On January 21, 2020, this matter came before the Court for a hearing on Debtor's Application for Authority to Employ Bart Colombo and Saboura Goldman & Colombo P.C. as Special Counsel for the Debtor [Dkt. No. 119] (the "Application"), and the Opposition [Dkt. No. 120], filed by Cynthia Samaha. For the reasons stated on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application is DENIED.

cc:   Debtor
   Attorney for Debtor – John M. Quinn
   Cynthia Samaha – Christopher Jay Gowen
   U.S. Trustee

**End of Order**

44x04 (rev. 07/29/2016) – jmasters