Entered: April 2nd, 2021
Signed: April 2nd, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

```
------------------------------------------------------------X
In re:                                          :      Chapter 11
                                                :
Toufic Salim Melki                              :      Case No.  19-15265-LSS
            Debtor.                             :
                                                :
------------------------------------------------------------X
```

### ORDER APPROVING SETTLEMENT AND AWARDING FINAL COMPENSATION

Upon consideration of the Motion of the Debtor under Rule 9019 to approve his settlement with the Burns Law Firm, LLC ("Burns"), and any response thereto, and it appearing that the settlement is reasonable and in the best interests of the Debtor, creditors and the estate, it is hereby ORDERED that the settlement as set forth in the Motion is APPROVED.

It is FURTHER ORDERED that the "FIRST AND FINAL APPLICATION FOR COMPENSATION FOR COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION AND FOR REIMBURSEMENT OF EXPENSES" [Docket #289] shall be and hereby is APPROVED in the total amount of $111,826.00 (reduced by a further discount of $7,774.95 from the amount sought in the Fee Application).  Debtor shall pay Burns the sum of $39,000.00 as an administrative expense within fifteen (15) days from the date this Order has become a final, non-appealable order, and, in addition, upon entry hereof, Burns may apply and retain the $72,826 paid by Debtor into escrow.   This is a final order.

Copies to:

John Burns, Esq. (by CM/ECF)
Counsel for Debtor (by CM/ECF)
U.S. Trustee (by CM/ECF)

END OF ORDER