UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

---------------------------------------------------------------X
In re:                                                      :     Chapter 11
                                                            :
Toufic Salim Melki                                          :     Case No.  19-15265-LSS
            Debtor.                                         :
                                                            :
---------------------------------------------------------------X

### OBJECTION TO PROOF OF CLAIM #8 (MARYLAND COMPTROLLER)

**TO: The Comptroller of the Treasury (Maryland)**

**NOTIFY IS HEREBY GIVEN to the above-named creditor that such creditor must file with the Clerk of the Bankruptcy Court, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770, a responsive memorandum opposing the objection and request for a hearing, if desired, unless the claimant wishes to rely solely upon the proof of claim, and mails a copy thereof to the undersigned, within thirty (30) days of the date of service of this objection. A hearing may be held upon the objection, and any response thereto, by the court at the Court's discretion.**

COMES NOW Debtor, Toufic Salim Melki, by counsel, and objects to Proof of Claim #8, filed by the Comptroller of the Treasury (Maryland).  In support hereof, Debtor states as follows:

1. On April 18, 2019, the Debtor filed for protection under Chapter 11 of the U.S. Bankruptcy Code and has remained in possession of the assets of the estate since that time.   A plan was confirmed on May 25, 2021, which preserves Debtor's rights to object to claims.

2. On October 22, 2019, the Comptroller filed Proof of Claim No. 8, in the amount of $54,364.  $ 51,825 purports to be priority, with the balance general unsecured.

3. The claim, consistent with Debtor's then-filed returns, asserted claims for income tax for 2017-2018 in the above amounts, without breaking it out by year.   Debtor filed these returns prepared by his accountant despite doubts as to the extent of his liability, but in fact they contained serious mistakes.

4. On or about November 10, 2022, Debtor filed further amended tax returns, with the assistance of a new accountant. Copies are attached as Exhibits A-B. These returns are in fact accurate (as recognized by the IRS), and reflect that Debtor's State income tax liabilities for those years are $3633 for 2017 and $9480 for 2018, with a refund of $9364 due for 2016 (Exhibit C), with a net liability on the claim of $3749. (Of course, interest and penalties are due on that reduced amount).

5. The Debtor has paid in excess of that amount towards the claim. To begin with, he is entitled to a refund for 2019 of $31,521. But in addition, in violation of the automatic stay and the terms of the confirmed Plan, the Comptroller has administratively set-off post-confirmation IRS refunds due to the Debtor. As such, the claim has been more than paid in full.

5. The Comptroller has not responded to the amended returns, despite several months having passed, and despite the IRS approving their corresponding amended returns. Accordingly, Debtor objects to the proof of claim and respectfully requests that the Court disallow the claim to the extent that it exceeds the principal amounts of $3749, and disallow the penalties and interest to the extent they exceed the proper amounts for those tax liabilities.

Dated: July 21, 2023.

                                              /s/ Daniel M. Press
                                              Daniel M. Press, Esq. #07300
                                              CHUNG & PRESS, P.C.
                                              6718 Whittier Ave., Suite 200
                                              McLean, VA 22101
                                              (703) 734-3800
                                              dpress@chung-press.com
                                              Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2023, I caused a copy of the foregoing document to be served by via first class mail, postage pre-paid, upon the following:

BROOKE E. LIERMAN,
Comptroller of Maryland
Compliance Division
Bankruptcy Division
301 W. Preston Street, Room 409
Baltimore, MD 21201-2383

Anthony Brown,
Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

       /s/ Daniel M. Press
Daniel M. Press