Entered: November 22nd, 2023
Signed: November 22nd, 2023

**SO ORDERED**

Comptroller failed to comply with Order Directing Comptroller to Provide Status Update [Dkt. No. 394].



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
------------------------------------------------------------X
In re:                                           :       Chapter 11
                                                 :
Toufic Salim Melki                               :       Case No.  19-15265-LSS
          Debtor.                                :
                                                 :
------------------------------------------------------------X
```

**ORDER SUSTAINING**
**OBJECTION TO AMENDED PROOF OF CLAIM #8 (Comptroller of Maryland)**

Upon consideration of the objection of the Debtor to Proof of Claim #8 filed in this case by the Comptroller of Maryland, and any response thereto, and it appearing that the Objection should be sustained, it is hereby

ORDERED that proof of claim #8 is DISALLOWED in part, and allowed in the reduced amount of $3749.

Copies to:

BROOKE E. LIERMAN,
Comptroller of Maryland
Compliance Division
Bankruptcy Division
301 W. Preston Street, Room 409
Baltimore, MD 21201-2383

Anthony Brown,
Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

Debtor's Counsel (by CM/ECF)
U.S. Trustee (by CM/ECF)

End of Order