**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

```
----------------------------------------------------------------X
In re:                                          :        Chapter 11
                                                :
Toufic Salim Melki                              :        Case No.  19-15265-LSS
            Debtor.                             :
                                                :
----------------------------------------------------------------X
```

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

     Dated: August 14, 2026.

           /s/ Daniel M. Press
           Daniel M. Press, #07300
           Law Offices of Daniel M. Press
           201 Washington St.
           Cumberland MD 21502
           (703) 725-7600
           dan@danpress.us

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee and all parties requesting notice by CM/ECF, as follows:

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Christopher Jay Gowen cgowen@decarodoran.com,
filings@gowensilva.com

Nikita Rajendra Joshi bkecfinbox@aldridgepite.com,
njoshi@ecf.courtdrive.com

Janet M. Nesse jnesse@mhlawyers.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
jnesse@ecf.inforuptcy.com,
tmackey@mhlawyers.com,
cmartin@mhlawyers.com,
kfeig@mhlawyers.com,
BKrell@mhlawyers.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

3

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

Kimberly Stephens kstephens@comp.state.md.us

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

      _/s/ Daniel M. Press_____
      Daniel M. Press

3